JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADATYA NERSESIAN,<br><br>        Plaintiff,<br><br>    v.<br><br>NIKE RETAIL SERVICES, INC. an Oregon Corporation; RIANNA MARIE LOPEZ an Individual; WILLIAM MATHIS an Individual and DOES 1 to 50, inclusive,<br><br>        Defendants. | Case No. 8:17-cv-02073-DOC-E<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND [16]**<br><br>Complaint Filed:     October 2, 2017 |

46054907v.1

The Court having received and reviewed the Joint Stipulation to Remand submitted by Plaintiff Madatya Nersesian ("Plaintiff") and Defendants Nike Retail Services, Inc., Rianna Marie Lopez, and William Mathes (collectively, "Defendants"), and good cause appearing;

IT IS HEREBY ORDERED THAT:

1. The action shall be remanded to the Superior Court for the State of California, County of Orange.

2. The Clerk of this Court is instructed to transmit forthwith a certified copy of this Order to the Clerk of the Superior Court for the County of Orange.

IT IS SO ORDERED.

Dated: May 2, 2018

_____
Hon. David O. Carter
United States District Judge

ORDER GRANTING JOINT STIPULATION TO REMAND

46054907v.1